IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OSI PHARMACEUTICALS, INC., PFIZER INC., and GENENTECH, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | C.A. No. 09-185-SLR |
| OSI PHARMACEUTICALS, INC., PFIZER INC., and GENENTECH, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MYLAN PHARMACEUTICALS, INC.,<br><br>Defendant. | C.A. No. 09-186-SLR |

## UNOPPOSED MOTION TO CONSOLIDATE ACTIONS

Pursuant to Fed. R. Civ. P. 42(a), and with the consent of Defendant Teva Pharmaceuticals USA, Inc. and Defendant Mylan Pharmaceuticals, Inc., Plaintiffs OSI Pharmaceuticals, Inc., Pfizer Inc., and Genentech, Inc. hereby move this Honorable Court to consolidate Civil Action No. 09-185-SLR and Civil Action No. 09-186-SLR, two actions under the Hatch-Waxman Act which involve the same patents. A form of Order is attached.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack Blumenfeld*

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com

*Attorneys for Plaintiffs*

*Of Counsel*:

Gerald Sobel
Richard G. Greco
Benjamin C. Hsing
Daniel Boglioli
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022-3598
(212) 836-8000

May 7, 2009

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| OSI PHARMACEUTICALS, INC., PFIZER INC., and GENENTECH, INC., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 09-185-SLR |
| TEVA PHARMACEUTICALS USA, INC., | ) ) ) | |
| Defendant. | ) ) ) | |
| OSI PHARMACEUTICALS, INC., PFIZER INC., and GENENTECH, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 09-186-SLR |
| MYLAN PHARMACEUTICALS, INC., | ) ) ) | |
| Defendant. | ) ) ) ) ) | |

## ORDER

IT IS HEREBY ORDERED that these actions are consolidated for all purposes and that all papers shall be filed in Civil Action No. 09-185-SLR.

_____
J.

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2009, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>Joseph H. Huston, Jr., Esquire
>STEVENS & LEE P.C.
>
>John C. Phillips, Jr., Esquire
>Brian E. Farnan, Esquire
>PHILLIPS, GOLDMAN & SPENCE, P.A.

I further certify that I caused copies of the foregoing document to be served on May 7, 2009, upon the following in the manner indicated:

| | |
|---|---|
| Joseph H. Huston, Jr., Esquire<br>STEVENS & LEE P.C.<br>1105 North Market Street<br>7th Floor<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Thomas J. Meloro, Esquire<br>Michael W. Johnson, Esquire<br>Colman B. Ragan, Esquire<br>Genevieve E. Blake, Esquire<br>WILLKIE FARR & GALLAGHER LLP<br>787 Seventh Avenue<br>New York, NY 10019-6099 | *VIA ELECTRONIC MAIL* |
| John C. Phillips, Jr., Esquire<br>Brian E. Farnan, Esquire<br>PHILLIPS, GOLDMAN & SPENCE, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| James H. Wallace, Jr., Esquire<br>Mark A. Pacella, Esquire<br>WILEY REIN LLP<br>1776 K. Street, NW<br>Washington, DC 20006 | *VIA ELECTRONIC MAIL* |

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)