IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OSI PHARMACEUTICALS, INC., PFIZER, INC. and GENENTECH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 09-185-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on May 27, 2009, the Plaintiffs were served with *Defendant Teva Pharmaceuticals USA, Inc.'s Rule 26(a)(1) Initial Disclosures* by electronic and first class mail, postage prepaid:

Jack B. Blumenfeld, Esq.
Maryellen Noreika, Esq.
Morris, Nichols, Arsht& Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899- 1347

Gerald Sobel, Esq.
Richard G. Greco, Esq.
Benjamin C. Hsing, Esq.
Daniel Boglioli, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

Dated: May 28, 2009

/s/ Maria Aprile Sawczuk
Joseph H. Huston, Jr. (No. 4035)
Maria Aprile Sawczuk (No. 3320)
STEVENS & LEE P.C.
1105 North Market Street
Seventh Floor
Wilmington, DE  19801
Telephone:  (302) 425-3310; -3306
Telecopier:  (610) 371-7972; -988-0838
E-mail: jhh/masa@stevenslee.com

and

SL1 925828v1/030421.00323

Thomas J. Meloro
Michael W. Johnson
Colman B. Ragan
Genevieve E. Blake
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, N.Y. 10019-6099
Tel: (212) 728-8000

*Attorneys for Defendants*
*Teva Pharmaceuticals USA, Inc.*