## EXHIBIT A

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| OSI PHARMACEUTICALS, INC., PFIZER, INC. and GENENTECH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 09-185-SLR (consolidated) |
| OSI PHARMACEUTICALS, INC., PFIZER, INC. and GENENTECH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | |

### **UNDERTAKING**

I, _____, hereby declare that:

      1.    I have read and understand the foregoing Order (the "Order") of the United States District Court for the District of Delaware, in the above-captioned matter.

      2.    I agree that I will be bound by and will comply with all of the provisions of this Order and I will make no disclosures of Confidential Information to any person who is not permitted to have access to such Confidential Information. I will inform counsel for the party for whom I was employed or retained should any unauthorized disclosure of Confidential Information occur.

      3.    Upon final conclusion of this action, I will destroy all Confidential Information received by me within sixty (60) days, or I will return such Confidential Information within sixty (60) days to the Producing Party. If I destroy such Confidential Information, I agree to send a letter to the Producing Party confirming the same.

4. I understand that a violation of this undertaking may be punishable as a contempt of court and hereby submit to the jurisdiction and venue of this Court for the purpose of enforcement of this Order.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:

[signature]

[print or type name]

Title:
Business Affiliation:
Address:
Phone: