**EXHIBIT B**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| OSI PHARMACEUTICALS, INC., PFIZER, INC. and GENENTECH, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 09-185-SLR (consolidated) |
| TEVA PHARMACEUTICALS USA, INC., | ) ) | |
| Defendant. | ) ) | |
| OSI PHARMACEUTICALS, INC., PFIZER, INC. and GENENTECH, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| MYLAN PHARMACEUTICALS, INC., | ) ) | |
| Defendant. | ) | |

## UNDERTAKING

I, _____, hereby declare that:

    1.    I have read and understand the foregoing Order (the "Order") of the United States District Court for the District of Delaware, in the above-captioned matter.

    2.    I agree that I will be bound by and will comply with all of the provisions of this Order and I will make no disclosures of Confidential or Highly Confidential Information to any person who is not permitted to have access to such Confidential or Highly Confidential Information. I will inform counsel for the party for whom I was employed or retained should any unauthorized disclosure of Confidential or Highly Confidential Information occur.

    3.    Upon final conclusion of this action, I will destroy all Confidential or Highly Confidential Information received by me within sixty (60) days, or I will return such Confidential or Highly Confidential Information within sixty (60) days to the Producing Party. If I destroy such Confidential or Highly Confidential Information, I agree to send a letter to the Producing Party confirming the same.

## EXHIBIT B

       4.      I understand that a violation of this undertaking may be punishable as a contempt of court and hereby submit to the jurisdiction and venue of this Court for the purpose of enforcement of this Order.

       5.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:

[signature]


[print or type name]


Title:
Business Affiliation:
Address:
Phone: