## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| OSI PHARMACEUTICALS, INC., | ) | |
| PFIZER INC., and GENENTECH, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 09-185 (SLR) (LPS) |
| | ) | CONSOLIDATED |
| TEVA PHARMACEUTICALS USA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### PLAINTIFFS' ANSWER TO MYLAN PHARMACEUTICALS, INC.'S COUNTERCLAIMS TO PLAINTIFFS' AMENDED AND SUPPLEMENTAL CONSOLIDATED COMPLAINT

Plaintiffs OSI Pharmaceuticals, Inc., Pfizer Inc., and Genentech, Inc., by their undersigned attorneys, hereby answer the counterclaims of Defendant Mylan Pharmaceuticals, Inc. ("Mylan") to plaintiffs' Amended and Supplemental Consolidated Complaint as follows:

### Parties

1.    Plaintiffs admit the allegations of paragraph 1 of the counterclaims.

2.    Plaintiffs admit the allegations of paragraph 2 of the counterclaims.

3.    Plaintiffs admit the allegations of paragraph 3 of the counterclaims.

4.    Admitted, on information and belief.

### Jurisdiction and Venue

5.    Plaintiffs admit that Mylan purports to assert counterclaims pursuant to 28 U.S.C. §§ 2201 and 2202, and 35 U.S.C. § 1 *et seq.*

6.    Plaintiffs admit that this Court has jurisdiction over the subject matter of this action under 28 U.S.C. §§ 1331 and 1338(a) and except as so expressly admitted, deny the allegations of paragraph 6 of the counterclaims.

7.    Plaintiffs admit the allegations of paragraph 7 of the counterclaims.

8.    Plaintiffs admit that venue is proper for purposes of this action.

### Patents-in-Suit

9.    Plaintiffs admit the allegations of paragraph 9 of the counterclaims.

10.   Plaintiffs admit the allegations of paragraph 10 of the counterclaims.

11.   Plaintiffs admit the allegations of paragraph 11 of the counterclaims.

12.   Plaintiffs admit the allegations of paragraph 12 of the counterclaims.

13.   Plaintiffs admit the allegations of paragraph 13 of the counterclaims.

14.   Plaintiffs admit that Mylan sent to plaintiffs OSI Pharmaceuticals, Inc. and Genentech, Inc. a letter dated February 23, 2009, "Re: Notice of Paragraph IV Certification U.S. Patent Nos. 5,747,498; 6,900,221; and 7,087,613 Erlotinib Hydrochloride Tablets, 25 mg, 100 mg and 150 mg." Reference is made to the document for the contents thereof, and except as so expressly admitted, plaintiffs deny the allegations of paragraph 14 of the counterclaims.

### Actual and Continuing Controversy

15.   Plaintiffs admit the allegations of paragraph 15 of the counterclaims.

16.   Plaintiffs admit the allegations of paragraph 16 of the counterclaims.

17.   Plaintiffs admit that Mylan denies infringement of the RE '065, '221 and '613 patents, and that Mylan alleges that the RE '065, '221, and '613 patents are invalid, and except as so expressly admitted, deny the allegations of paragraph 17 of the counterclaims.

18.   Plaintiffs admit that there is a justiciable case or controversy between plaintiffs and Mylan, and except as so expressly admitted, deny the allegations of paragraph 18 of the counterclaims.

### First Claim for Relief

19.    Plaintiffs repeat their answers to paragraphs 1-18 of the counterclaims, as set forth herein in response to paragraph 19 of the counterclaims.

20.    Plaintiffs deny the allegations of paragraph 20 of the counterclaims.

21.    Plaintiffs deny the allegations of paragraph 21 of the counterclaims.

22.    Plaintiffs deny the allegations of paragraph 22 of the counterclaims.

### Second Claim for Relief

23.    Plaintiffs repeat their answers to paragraphs 1-22 of the counterclaims, as set forth herein in response to paragraph 23 of the counterclaims.

24.    Plaintiffs deny the allegations of paragraph 24 of the counterclaims.

25.    Plaintiffs deny the allegations of paragraph 25 of the counterclaims.

26.    Plaintiffs deny the allegations of paragraph 26 of the counterclaims.

### Response to Mylan's Prayer for Relief

27.    Responding to Mylan's "Prayer for Relief," plaintiffs deny that Mylan is entitled to any relief whatsoever, whether as requested or otherwise.

### Defenses

28.    The Counterclaims fail to state a claim upon relief may be granted.

**WHEREFORE**, Plaintiffs respectfully request the following relief:

(a)    An order dismissing each of Mylan's counterclaims, with prejudice;

(b)    Attorneys' fees in this action pursuant to 35 U.S.C. § 285;

(c)    Costs and expenses in this action; and

(d)    Such further and other relief as this Court may deem just and proper.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com

*Attorneys for Plaintiffs*

*Of Counsel:*

Gerald Sobel
Richard G. Greco
Benjamin C. Hsing
Daniel Boglioli
KAYE SCHOLER LLP
425 Park Avenue
New York, NY  10022-3598
(212) 836-8000

February 26, 2010

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2010, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Joseph H. Huston, Jr., Esquire
> STEVENS & LEE P.C.
>
> John C. Phillips, Jr., Esquire
> Brian E. Farnan, Esquire
> PHILLIPS, GOLDMAN & SPENCE, P.A.

I further certify that I caused copies of the foregoing document to be served on February 26, 2010, upon the following in the manner indicated:

| | |
|---|---|
| Joseph H. Huston, Jr., Esquire<br>STEVENS & LEE P.C.<br>1105 North Market Street – 7th Floor<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |
| Thomas J. Meloro, Esquire<br>Michael W. Johnson, Esquire<br>Colman B. Ragan, Esquire<br>Genevieve E. Blake, Esquire<br>WILLKIE FARR & GALLAGHER LLP<br>787 Seventh Avenue<br>New York, NY  10019-6099 | *VIA ELECTRONIC MAIL* |
| John C. Phillips, Jr., Esquire<br>Brian E. Farnan, Esquire<br>PHILLIPS, GOLDMAN & SPENCE, P.A.<br>1200 North Broom Street<br>Wilmington, DE  19806 | *VIA ELECTRONIC MAIL* |
| James H. Wallace, Jr., Esquire<br>Mark A. Pacella, Esquire<br>WILEY REIN LLP<br>1776 K. Street, NW<br>Washington, DC  20006 | *VIA ELECTRONIC MAIL* |

Jack B. Blumenfeld (#1014)