**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| OSI PHARMACEUTICALS, INC., PFIZER INC., AND GENENTECH, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA INC., et al.,<br><br>Defendants. | C.A. No. 09-185-SLR<br>**(CONSOLIDATED)** |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE THAT on March 1, 2010, a copy of Mylan's First Supplemental Objections and Responses to Plaintiffs' Interrogatories 2, 3, and 5 was served on the following as indicated:

Via Electronically and Hand Delivery
Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington , DE 19899

Via Electronically
Gerald Sobel
gsobel@kayescholer.com
Richard C. Greco
rgreco@kayescholer.com
Benjamin C. Hsing
bhsing@kayescholer.com
Daniel Boglioli
dboglioli@kayescholer.com
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

Via Electronically and Hand Delivery
Joseph H. Huston, Jr.
Stevens & Lee
1105 North Market Street
7th Floor
Wilmington , DE 19801

Via Electronically
Thomas Meloro
tmeloro@willkie.com
Michael W. Johnson
mjohnson1@willkie.com
Colman B. Ragan
cragan@willkie.com
Genevieve Blake
gblake@willkie.com
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019

Respectfully submitted,

Date: March 1, 2010

PHILLIPS, GOLDMAN & SPENCE, P.A.

By: ______________________
John C. Phillips, Jr. (Bar No. 110)
Brian E. Farnan (Bar No. 4089)
1200 North Broom Street
Wilmington, DE 19806
Tel: (302) 655-4200
Fax: (302) 655-4210
jcp@pgslaw.com

-and-

James H. Wallace, Jr.
(admitted *pro hac vice*)
Mark A. Pacella
(admitted *pro hac vice*)
WILEY REIN LLP
1776 K Street, NW
Washington, D.C. 20006
Tel: (202) 719-7000
Fax: (202) 719-7049