IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OSI PHARMACEUTICALS, INC., PFIZER, INC. and GENENTECH, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 09-185-SLR (Consolidated)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 26, 2010, Defendant Teva Pharmaceuticals USA, Inc., by and though its counsel, served its *Objections and Responses to Plaintiffs' Interrogatories Nos. 1 and 4* on counsel as indicated below:

*Via Email and Regular Mail*:
Jack B. Blumenfeld, Esq.
Maryellen Noreika, Esq.
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801
jblumenfeld@mnat.com
mnoreika@mnat.com

*Via Email and Regular Mail*:
Gerald Sobel, Esq.
Richard G. Greco, Esq.
Benjamin C. Hsing, Esq.
Daniel Boglioli, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
gsobel@kayescholer.com
bhsing@kayescholer.com
dboglioli@kayescholer.com

Dated: March 29, 2010

/s/ *Joseph H. Huston, Jr.*
Joseph H. Huston, Jr. (No. 4035)
STEVENS & LEE P.C.
1105 North Market Street, 7th Floor
Wilmington, Delaware 19801
Telephone: (302) 425-3310
Facsimile: (610) 371-7972
E-mail: jhh@stevenslee.com

-and-

SL1 988943v1/030421.00323

Sarah M. Stensland
Jeffer Ali
Thomas R. Johnson
Dennis C. Bremer
CARLSON, CASPERS, VANDENBURGH
& LINDQUIST
225 South Sixth Street Suite 3200
Minneapolis, MN 55402
Telephone: (612) 436-9600
Facsimile: (612) 436-9605
E-mail: sstensland@ccvl.com
      jali@ccvl.com
      tjohnson@ccvl.com
      dbremer@ccvl.com

*Attorneys for Defendant*
*Teva Pharmaceuticals USA, Inc.*